# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**TOMMY DALE ROWELL (#523758)**

**VERSUS**

**JAMES LEBLANC, ET AL.**

**CIVIL ACTION**

**NO. 17-517-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated April 24, 2018, to which an objection was filed;

**IT IS ORDERED** that any claims against Dr. Coullard are dismissed without prejudice for failure to serve him within the time periods required under Rule 4 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the remaining defendants' Motion for Summary Judgment (R. Doc. 9) is granted, dismissing the plaintiff's claims asserted against these defendants for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e, and that this action is dismissed without prejudice.

Signed in Baton Rouge, Louisiana, on <u>May 14, 2018</u>.

_____

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**